SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------x
STEVEN BYRD,

                         Plaintiff,

- against -

THE CITY OF NEW YORK
P.O. BEERS (Tax. Reg #945498)

                         Defendants.
-----------------------------------------------------------------------x

Index No. 21040/2013
Law Dep't No. 2013-051785

**AFFIDAVIT OF CONSENT POLICE OFFICER FRANK BEERS**

**Frank Beers**, being duly sworn, deposes and says:

1.     I am a defendant in this matter employed by the New York City Police Department as a Police Officer at the 71st Precinct, in Brooklyn, New York. My Tax ID No. is 945498.

2.     I hereby consent to the defendant City of New York's removal of this matter from the Supreme Court of the State of New York, County of Kings, to the United States District Court, Eastern District of New York.

Dated:     January 3, 2014

                                                          _____
                                                               **Frank Beers**

Sworn to before me this
3 day of January, 2014.

_____
Notary Public

MILLICENT NICHOLAS
Commissioner of Deeds
City of New York No. 4-7071
Certificate Filed in New York County
Commission Expires April 1, 2015